**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                                                   CASE NO. 05-33249-PNS3
                                                         CHAPTER 13
CARRIE PEARL WILLIAMS


_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**<u>OF UNCLAIMED FUNDS</u>**

   **COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

   1.  The Trustee has issued check(s) FOR CARRIE PEARL WILLIAMS which remains outstanding and uncleared.

   2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

   3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 409940 in the amount of $2.44 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>  /s/Leigh D. Hart or
>  /s/William J. Miller, Jr.
>  OFFICE OF THE CHAPTER 13 TRUSTEE
>  POST OFFICE BOX 646
>  TALLAHASSEE, FL 32302
>  ldhecf@earthlink.net
>  (850) 681-2734 "Telephone"
>  (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

CARRIE PEARL WILLIAMS
4027 N 8TH AVENUE            ,
PENSACOLA, FL 32503

AND

THOMAS G. MORTON, JR.
6050 NORTH 9TH AVE.
PENSACOLA, FL 32504

on the same date as reflected on the Court's docket as the electronic filing date for this document.

>  /s/Leigh D. Hart or
>  /s/William J. Miller, Jr.
>  OFFICE OF CHAPTER 13 TRUSTEE

3/17/2011  3:50 pm / CR_213